UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CV-61452-DIMITROULEAS/HUNT

ANSEL DAVIS, an individual,

  Plaintiff,

vs.

UBER TECHNOLOGIES, INC.,
a California corporation,

  Defendant.
_____/

### ORDER

THIS CAUSE is before the Court upon Defendant Uber Technologies, Inc.'s Motion to Compel Individual Arbitration [DE 13] and the Notice of Agreement to Arbitrate [DE 18]. The Court notes that the parties have reached an agreement to arbitrate the above-captioned matter before the American Arbitration Association, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This case is **STAYED** pending the completion of the arbitration proceedings.
2. The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of January, 2023.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record